-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CHARLES R. DICKINSON, 16719-055,

                    Petitioner,

                                                      DECISION AND ORDER
          -v-                                         11-CV-6598L
                                                      09-CR-6177L
UNITED STATES OF AMERICA,

                    Respondent.

_____

          Petitioner, Charles R. Dickinson, acting *pro se*, seeks relief pursuant to 28 U.S.C. § 2255,

alleging that his conviction in this Court was unconstitutionally or unlawfully obtained, as set forth

more precisely in the petition.[1]  Accordingly,

          IT HEREBY IS ORDERED as follows:

          **1.**     Pursuant to Rules 4 and 5 of the Rules Governing Section 2255 Proceedings in the

United States District Courts, the United States Attorney shall file and serve an **answer** to the

petition with the Clerk of Court no later than **January 31, 2012**.  The answer shall respond to the

allegations of the petition and shall state whether petitioner has used any other available federal

remedies including any prior post-conviction motions under these rules or those existing previous

to the adoption of the present rules.  Further, the answer shall state whether an evidentiary hearing

was afforded petitioner in a federal court, whether petitioner appealed the conviction, and what

ruling, if any, the United States Court of Appeals has made on the appeal.

---

[1] Petitioner's § 2255 motion was timely filed within the one year limitation period. A *pro se* prisoner litigant's papers are deemed to have been filed when they are placed in the hands of prison officials for mailing, *see Houston v. Lack*, 487 U.S. 266, 271 (1998); *see also Dory v. Ryan*, 999 F.2d 679, 682 (2d Cir. 1993), *modified on reh'g*, 25 F.3d 81 (2d Cir. 1994).  Petitioner states that on November 9, 2011 he placed the motion in the mail. Further, the postmark date is November 25, 2011, and the papers were received by the Court on November 29, 2011. Petitioner did not appeal the conviction, therefore, his conviction became final fourteen days from the November 16, 2010 entry of judgment (09-CR-6177L, Docket No. 43). See Fed. R.App. P. 4(b)(1)(A).

Respondent also shall to file and serve by the above date a **memorandum of law** with the Clerk of Court addressing each of the issues raised in the petition and including citations of relevant supporting authority.

2.     Petitioner shall have twenty (20) days upon receipt of the answer to file a written response to the answer and memorandum of law.

3.     Within twenty (20) days of the date this order is filed with the Clerk of Court, respondent may file a motion for a more definite statement or a motion to dismiss the petition, accompanied by appropriate exhibits which demonstrate that an answer to the petition is unnecessary.  The timely filing of such motion shall extend the time for filing an answer for fourteen (14) days, but the failure of the Court to act upon the motion within that time shall not further extend the time for filing an answer.

4.     The Clerk of the Court shall serve a copy of the application, together with a copy of this order, upon the United States Attorney for the Western District of New York, at 100 State Street, Rochester, New York 14614.

5.     All docketing for this action shall be made in the related criminal action 09-CR-6177L.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE UNITED STATES ATTORNEY**.

IT IS SO ORDERED.

DAVID G. LARIMER
United States District Judge

DATED: December 9, 2011
Rochester, New York

2